DAVID SEROR – Bar No. 67488
JESSICA L. BAGDANOV – Bar No. 281020
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email     dseror@bg.law
            jbagdanov@bg.law

Attorneys for ABC Services Group, Inc.,
Assignee for the Benefit of Creditors of
Len Co, LLC, Alleged Debtor

JEFFREY E. BJORK – Bar No. 197930
AMY C. QUARTAROLO – Bar No. 222144
ADAM E. MALATESTA – Bar No. 274449
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email     jeff.bjork@lw.com
            amy.quartarolo@lw.com
            adam.malatesta@lw.com

Attorneys for Len Co, LLC, Alleged Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>LEN CO, LLC,<br><br>            Alleged Debtor. | Case No. 18-52484<br><br>**SUPPLEMENTAL DECLARATION OF LEONID PERELMAN IN SUPPORT OF JOINT OPPOSITION TO PETITIONING CREDITOR'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND ENTRY OF ORDER FOR RELIEF AGAINST LEN CO, LLC**<br><br>Date: January 23, 2019<br>Time: 1:00 p.m.<br>Place: Courtroom 3020<br>        280 South First Street<br>        San Jose, California 95113 |

US-DOCS\105429977.1

I, Leonid Perelman, declare as follows:

1. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and if called as a witness, I could and would competently testify with respect thereto. I am submitting this declaration in further support of the *Opposition to Petitioning Creditor's Notice of Motion and Motion for Summary Judgment and Entry of Order for Relief Against Len Co, LLC* (the "Opposition"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Opposition.

2. I am the sole member of Len Co, LLC, a Delaware limited liability company ("Len Co"), and I am familiar with Len Co's bank account statements and wire transfers.

3. Attached as **Exhibit A** is a true and correct copy of Len Co's Citibank bank statement covering the period of December 1 – 31, 2017.

4. Attached as **Exhibit B** is a true and correct copy of the wire transfer confirmations associated with certain wire transfers occurring on December 29, 2017. Account number information from this document has been redacted for purposes of this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of January 2019 in Los Angeles, California.

Leonid Perelman

US-DOCS\105429977.1

# Exhibit A

Citibank CBO Services    942
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F013

000
CITIBANK, N. A.
**Account**
**205799554**

**Statement Period**
**Dec 1 - Dec 31, 2017**

LEN CO, LLC
3031 TISCH WAY, STE 130
SAN JOSE                CA  95128

Page 1 of 1

## CitiBusiness® ACCOUNT AS OF DECEMBER 31, 2017

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$602,029.27** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## CHECKING ACTIVITY

**CitiBusiness Checking**
**205799554**

**Beginning Balance:** $1,010,185.79
**Ending Balance:** $602,029.27

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/04 | ACH DEBIT | 44.99 | | 1,010,140.80 |
| | ONLINE PAYROLL   PAYROLL   0214467     Dec 04 | | | |
| 12/27 | CBUSOL TRANSFER DEBIT | 10,000.00 | | 1,000,140.80 |
| | Donation on behalf of A and LPerelman | | | |
| 12/28 | WIRE TRANSFER | | 6,190,000.00 | 7,190,140.80 |
| | WIRE FROM KNIGHT   CAPITAL F UNDING     Dec 28 | | | |
| 12/28 | ACH DEBIT | 35,075.07 | | 7,155,065.73 |
| | PAYROLL SERVICE  5Z2X     5Z2X     5Z2X Dec 28 | | | |
| 12/29 | CBUSOL INTERNATIONAL WIRE OUT | 567,071.61 | | 6,587,994.12 |
| 12/29 | CBUSOL INTERNATIONAL WIRE OUT | 5,682,672.40 | | 905,321.72 |
| 12/29 | CBUSOL TRANSFER DEBIT | 19,652.64 | | 885,669.08 |
| | Mike Interest on Bridge Notes | | | |
| 12/29 | CBUSOL TRANSFER DEBIT | 283,535.81 | | 602,133.27 |
| | Mike share of LenCo pft | | | |
| 12/29 | ACH DEBIT | 104.00 | | 602,029.27 |
| | ONLINE PAYROLL   PAYROLL   4315542     Dec 29 | | | |
| | **Total Debits/Credits** | **6,598,156.52** | **6,190,000.00** | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990* | Citibank, N.A. |
| | (For Speech and Hearing | P.O. Box 790184 |
| | Impaired Customers Only | St Louis, MO 63179 |
| | TDD: 800-945-0258) | |

For change in address, call your account officer or visit your branch.

* To ensure quality service, calls are randomly monitored.

© 2017 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

# Exhibit B

Thank you for your request. Your transaction is still pending..

All transactions are subject to routine review and approval before they can be released. No further action is required from you a

Status: **Processed** - Confirmation Number is 20173620030920.

**Source Account**

Account: Len Co, #*****9554 (Checking)

**Scheduling**

Immediately upon approval

**Destination**

Wire initiated using model: STM HOLDINGS SARL (CLEAN CAPITAL)

| | |
|---|---|
| Amount: | $567,071.61 |
| Beneficiary: | STM HOLDINGS SARL |
| Account: | REDACTED |
| Bank: | UBI BANCA INTERNATIONAL S.A.<br>37A, AVENUE J.F. KENNEDY<br>LUXEMBOURG Luxembourg<br>SWIFT/BIC: CABILULL |
| Special Instructions: | JP Morgan Chase Bank NA<br>4 New York Plaza, NY, NY 10004<br>Swift: CHASUS33XXX |

**Customer Reference Number**

Customer Reference Number:   LenCoPrinc
Additional Reference:        PrincipalRepay

[Set Up Another Wire]

## Wire Instruction Confirmation

Thank you for your request. Your transaction is still pending..

All transactions are subject to routine review and approval before they can be released. No further action is required from yo[u]

Status: **Processed** - Confirmation Number is **20173620016218**.

### Source Account

Account: Len Co, #*****9554 (Checking)

### Scheduling

Immediately upon approval

### Destination

Wire initiated using model: STM HOLDINGS SARL (INCOME ACCOUNT)

Amount: $5,682,672.40
Beneficiary: STM HOLDINGS SARL
Account: REDACTED
Bank: UBI BANCA INTERNATIONAL S.A.
37A, AVENUE J.F. KENNEDY
LUXEMBOURG Luxembourg
SWIFT/BIC: CABILULL
Special Instructions: JP Morgan Chase Bank NA
4 New York Plaza, NY, NY 10004
Swift: CHASUS33XXX

### Customer Reference Number

Customer Reference Number: LenCoInter
Additional Reference: InterestPmt