UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:   LEN CO., LLC                             § Case No. 5:18-bk-52484
                                                  §
                                                  §
Debtor(s)                                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

      Kari S Bowyer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $55,730,887.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $24,338,987.40 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $937,554.42 | |

      3) Total gross receipts of $25,276,541.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,276,541.82 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 100,000.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 937,554.42 | 937,554.42 | 937,554.42 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 43,881,346.35 | 47,320,723.43 | 47,320,723.43 | 24,338,987.40 |
| **TOTAL DISBURSEMENTS** | **$43,981,346.35** | **$48,258,277.85** | **$48,258,277.85** | **$25,276,541.82** |

      4) This case was originally filed under Chapter 7 on 11/05/2018. The case was pending for 24 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2020    By: /s/ Kari S Bowyer
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Turnover of funds from Assignee Len Co LLC | 1129-000 | 52,775.69 |
| Over Credit paid to the FTB | 1224-000 | 10,239.00 |
| Asset #2 and #3 is a note secured in third party | 1229-000 | 24,959,667.58 |
| Interest Income | 1270-000 | 253,859.55 |
| **TOTAL GROSS RECEIPTS** | | **$25,276,541.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Leonid Perelman | 4210-000 | 100,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$100,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kari S. Bowyer | 2100-000 | N/A | 781,546.25 | 781,546.25 | 781,546.25 |
| Kari S. Bowyer | 2200-000 | N/A | 165.93 | 165.93 | 165.93 |
| Gordon Rees Scully Mansukhani, LLP | 3210-000 | N/A | 100,322.50 | 100,322.50 | 100,322.50 |
| Gordon Rees Scully Mansukhani, LLP | 3220-000 | N/A | 1,196.29 | 1,196.29 | 1,196.29 |
| Kokjer, Pierotti, Maiocco & Duck LLP | 3410-000 | N/A | 21,680.50 | 21,680.50 | 21,680.50 |
| Kokjer, Pierotti, Maiocco & Duck LLP | 3420-000 | N/A | 474.55 | 474.55 | 474.55 |
| International Sureties, LTD | 2300-000 | N/A | 5,735.56 | 5,735.56 | 5,735.56 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| National FInancial Services, LLC | 2500-000 | N/A | -6.80 | -6.80 | -6.80 |
| Signature Securities | 2500-000 | N/A | 19,818.12 | 19,818.12 | 19,818.12 |
| Signature Bank | 2600-000 | N/A | 5,021.52 | 5,021.52 | 5,021.52 |
| FRANCHISE TAX BOARD | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| Franchise Tax Board | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | N/A | **$937,554.42** | **$937,554.42** | **$937,554.42** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | N/A | | | |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | STM Holdings S.a.r.l. | 7100-000 | 42,629,177.96 | 47,320,723.43 | 47,320,723.43 | 24,338,987.40 |
| 3 | Internal Revenue Service | 7100-000 | 1,043,487.01 | 0.00 | 0.00 | 0.00 |
| 4 | Michael Fishman | 7100-000 | 163,231.29 | 0.00 | 0.00 | 0.00 |
| 5 | 3P Equity Partners | 7100-000 | 45,450.09 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$43,881,346.35** | **$47,320,723.43** | **$47,320,723.43** | **$24,338,987.40** |

Exhibit 8

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case Number: | 18-52484 MEH | Trustee: | Kari S Bowyer |
|---|---|---|---|
| Case Name: | LEN CO., LLC | Filed (f) or Converted (c): | 11/05/18 (f) |
| | | §341(a) Meeting Date: | 03/21/19 |
| Period Ending: | 11/16/20 | Claims Bar Date: | 06/18/19 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | | | Estimated Net Value | | | Asset Fully |
| | | Petition/ | (Value Determined By Trustee, | Property | Sale/Funds | Administered (FA)/ |
| | Asset Description | Unscheduled | Less Liens, Exemptions, | Abandoned | Received by | Gross Value of |
| Ref # | (Scheduled And Unscheduled (u) Property) | Values | and Other Costs) | OA=§554(a) Abandon | the Estate | Remaining Assets |
| 1 | Turnover of funds from Assignee Len Co LLC | 52,775.69 | 52,775.69 | | 52,775.69 | FA |
| 2 | Preferred Equity (Preferred A) in knight capital LLC (u) <br> Preferred stock held in Knight Capital (sold with lien combined in Asset #5) | 20,000,000.00 | 0.00 | | 0.00 | FA |
| 3 | Senior credit facility (u) <br> Secured interest in Knight- sold reduced amount- see asset 5 | 28,730,887.00 | 0.00 | | 0.00 | FA |
| 4 | Potential Fraudulent Transfers to Leonid Perelman (u) <br> Did not pursue pursuant to stipulation and court order. | 7,000,000.00 | 7,000,000.00 | | 0.00 | FA |
| 5 | Asset #2 and #3 is a note secured in third party (u) <br> Asset 2 and Asset 3 sold for a reduced amount of 25m. 15m in cash and 10 million in shares of Ready Capital stock. | 48,000,000.00 | 25,000,000.00 | | 24,959,667.58 | FA |
| 6 | Over Credit paid to the FTB (u) | 0.00 | 10,239.00 | | 10,239.00 | FA |
| 7 | Transfer of potential alter ego claims- estate entitled to 1% of recover. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Interest paymnet made by Knight Capital. (u) | 0.00 | 0.00 | | 250,000.00 | FA |
| 9 | Refund for Overpayment (Voided) (u) | Unknown | Unknown | | 0.00 | FA |
| 10 | INTEREST (u) | Unknown | N/A | | 3,859.55 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$103,783,662.69** | **$32,063,014.69** | | **$25,276,541.82** | **$0.00** |

**Major activities affecting case closing:**
11/5/18 Involuntary 7 filed by STM Holdings
2/12/19 Trustee Bowyer added to case
02/13/19 Review case documents and contact counsel re potential representation.
2/15/19 Phone conference with Jeff counsel for STM Holdings
2/21/19 Email to counsel re status of filing request not to dismiss case.
2/22/19 Review sign and return G&R fee application. Email to debtor's counsel re documents needed.
2/26/19 Review information from J. Patter, controller of Knight Capital.
2/27/19 Review updated schedules; phone conference with counsel re document request and LLC sale
3/1/19 Email to prior assignee requesting turnover of estate funds.
03/04/19 Order entered approving employment of counsel (DKT 42)
3/6/19 Review counsel's response to J. Patter on the audit documents.
3/18/19 Confirmed assignee would be turning over funds
3/20/19 Review all and prepare for upcoming MOC
03/21/19 Initial MOC scheduled- debtor's RI appeared, matter continued.
04/03/19 Continued MOC scheduled- continued (No appearance required).

4/10/19 On-sight conference with Justin of entity creditor has an interest in SF
4/16/19 Review email outlining additional documents received by debtor;
4/23/19 Review information re IRS Bankruptcy Claim
05/04/19 Email to counsel confirm if we have all documents no continued MOC scheduled.
5/7/19 Phone conference with counsel re material production
05/09/19 Continued MOC scheduled. Continued
05/10/19 All day conference with counsel for creditor and CEO of entity debtor has an interest (in SF)
5/11/19 Phone conference with counsel re business funding.
05/15/19 Phone call with counsel re Piper Jaffary information on value of underlying business
05/16/19 Phone conference (x2) with counsel re status of phone calls to relevant parties and need to file motion to compromise on shorten time to preserve estate's assets.
05/17/19 Phone conference with counsel re compromise on the Loan terms and filing relevant pleadings.
05/22/19 Application to employ accountant filed
05/24/19 Confirmed sale of estate assets reduced amount filed (Dkt 57)
05/31/19 Order entered allowing for sale of notes and equity interests (Dkt 59)
06/03/19 Order entered authorizing employment of accountant (Dkt 60)
07/24/19 confirmed admin claim filed- forward to accountant to confirm claim should be paid.  Confirmed.  Filed ex-parte application with court for authorization to pay.
08/13/19 Need to amend sale order to allow payment of estate's interest will be in stock and cash.
08/14/19 Confirmed motion filed.
08/15/19 Confirmed order entered allowing for split payment (dkt 67)
9/11/19 Email from counsel re stipulation to turnover documents
09/20/19 Confirmed motion to approve stipulation to provide documents. (Dkt 71)
10/1/19 Confirmed order entered approving stipulation (Dkt 72)
10/15/19 Email/phone conference with VP of Signature Bank to arrange receipt of funds and establish brokerage account
10/16/19 Phone conference re closing logistics of call
10/23/19 Receive the sale documents review; confirm brokerage and account setup
10/24/19  confirm with counsel and creditors that the stock figure is correct; phone conference with counsel re closing; discussions re transfer of stock and multiple calls/emails to address
10/25/19 Multiple 5am phone calls/email to confirm close of sale and transfer of funds and stock;
10/28/19 Contact UST and discuss (multiple) conversations re bond and funds received.
11/1/19 Review/respond to email re funds received and interim distribution to creditors
11/5/19 Review email from WF re stock purchase- discuss with counsel
11/7/19 Phone conference with counsel re sale of stock and motion to sell
11/11/19 Phone call with WF/Counsel re purchase of stock
11/12/19 Phone call with counsel and counsel for creditor re proposal on stock and process moving forward
11/14/19 Confirmed motion to sell stock filed (Dkt 74)
11/20/19 Phone conference with creditors re sale of stock
11/21/19 Phone conference with attorney and creditor counsel re sale of stock  and confirm follow-up email re block sale at a 5% discount – need further order to sell
11/25/19 Email from/to creditors counsel re sale of stock and conversation with UBS; confirm motion to allow transfer of alter ego claim filed; Prepare and file Report of sale in Equity interests (Dkt 79)
12/2/19 Email from creditor re sale of ready capital shares
12/6/19 Order signed re sale of stock, start stock sales ;
2/13/2020 Prepare and file notice of report of sale
01/30/2020 Counsel confirmed largest creditor requests we do not file litigation against principal- need stipulation and order not to pursue.
03/17/20 Confirmed if not resolved within a month we will proceed to file complaint.
03/27/20 Confirmed IRS reduced their claim to zero.
04/13/20 Received notice delay in settlement between principal and largest creditors- discuss with counsel how to move forward (.7)
04/21/20 Inform counsel we need to proceed with adversary. Provide documents to accountant to prepare tax return.
05/22/20 Stipulation filed re not pursuing litigation against principal (Dkt 97)
05/27/20 Order entered approving stipulation (Dkt 99); All assets administered except for FTB refund.
05/28/20 Forward information re professional fees to accountant so final tax return can be submitted)
05/29/20 Application for compensation for counsel reviewed and approved (Dkt 100)
06/04/20 Application for compensation for accountant reviewed and approved (Dkt 101)
06/09/20 Phone call to FTB re return of tax refund; email to counsel and response to same
06/29/20 Receive and process FTB tax refund; all assets have been administered. Prepare Trustee Final Report.
07/12/2020 Finalize Trustee Final Report- Submit
07/31/2020 Minor description edits resubmit.
9/16/2020 Confirmed incorrect version of TFR filed

FORM 1     Exhibit 8
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES     Page: 3

09/17/2020 Call with UST's office re amended TFR.  Resubmit.
10/20/2020 Confirmed all orders entered prepare checks
11/13/2020 Confirm account at zero balance 10/31/2020  prepare TDR and submit.

**Initial Projected Date of Final Report (TFR):** December 31, 2020     **Current Projected Date of Final Report (TFR):** July 14, 2020 (Actual)

| November 16, 2020 | /s/ Kari S Bowyer |
|---|---|
| Date | Kari S Bowyer |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| | |    | | |
|---|---|---|---|---|
| **Case Number:** | 18-52484 MEH | | **Trustee:** | Kari S Bowyer |
| **Case Name:** | LEN CO., LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3900 - Checking |
| **Taxpayer ID#:** | **-***1502 | | **Blanket Bond:** | $67,398,068.00 (per case limit) |
| **Period Ending:** | 11/16/20 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/22/19 | Asset #1 | ABC Services Group, Inc | Refund From ABC agent expenses | 1129-000 | 4,623.00 | | 4,623.00 |
| 03/22/19 | Asset #1 | ABC Services Group Inc | Final Disbursement of Funds Len Co | 1129-000 | 28,152.69 | | 32,775.69 |
| 03/22/19 | Asset #1 | Brutzkus Gubner Rozansky Seror Weber LLP | Trust Account Balance Len Co LLC | 1129-000 | 20,000.00 | | 52,775.69 |
| 06/06/19 | Asset #8 | Knight Capital | KNIGHT CAPITAL FUN 20190606B6B7HU4R01 3230; interest payment paid. | 1270-000 | 250,000.00 | | 302,775.69 |
| 07/30/19 | 101 | Franchise Tax Board | Minimum Tax for tax period 12/31/2019 | 2820-000 | | 800.00 | 301,975.69 |
| 08/07/19 | | Transfer Debit to Metropolitan Commercial Bank acct 39100740 | Transition Debit to Metropolitan Commercial Bank acct 3910074081 | 9999-000 | | 301,975.69 | 0.00 |
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | 302,775.69<br>0.00 | 302,775.69<br>301,975.69 | $0.00 |
| | | | **Subtotal**<br>Less: Payment to Debtors | | 302,775.69 | 800.00<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$302,775.69** | **$800.00** | |

Case: 18-52484   Doc# 117   Filed: 11/17/20   Entered: 11/17/20 09:13:14   Page 8 of 14

Exhibit 9

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 18-52484 MEH | **Trustee:** | Kari S Bowyer | |
| **Case Name:** | LEN CO., LLC | **Bank Name:** | Metropolitan Commercial Bank | |
| | | **Account:** | ******4081 - Checking Account | |
| **Taxpayer ID#:** | **-***1502 | **Blanket Bond:** | $67,398,068.00 (per case limit) | |
| **Period Ending:** | 11/16/20 | **Separate Bond:** | N/A | |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/19 | | Transfer Credit from Rabobank, N.A. acct 5025713900 | Transition Credit from Rabobank, N.A. acct 5025713900 | 9999-000 | 301,975.69 | | 301,975.69 |
| 10/17/19 | | Metropolitan Commercial Bank | Account Closeout Transfer Adjustment | 9999-000 | | 301,975.69 | 0.00 |
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | 301,975.69<br>301,975.69 | 301,975.69<br>301,975.69 | $0.00 |
| | | | Subtotal<br>Less: Payment to Debtors | | 0.00 | 0.00<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Case: 18-52484    Doc# 117    Filed: 11/17/20    Entered: 11/17/20 09:13:14    Page 9 of 14

Exhibit 9

Page: 3

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 18-52484 MEH | | Trustee: | Kari S Bowyer |
|---|---|---|---|---|
| Case Name: | LEN CO., LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2403 - Checking |
| Taxpayer ID#: | **-***1502 | | Blanket Bond: | $67,398,068.00 (per case limit) |
| Period Ending: | 11/16/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/17/19 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 301,975.69 | | 301,975.69 |
| 10/25/19 | Asset #5 | KNIGHT CAPITAL MERGER | Funds received for sale of note FED REF# 20191025B6B7261F00104610251111FT03 0000004634 | 1229-000 | 15,000,000.00 | | 15,301,975.69 |
| 11/05/19 | | To Account# 1503882511 | | 9999-000 | | 15,300,000.00 | 1,975.69 |
| 05/28/20 | | To Account# 1503882511 | Transfer to close account. Kept open after call with bank | 9999-000 | | 1,975.69 | 0.00 |
| 06/29/20 | | State of California | Corporate Refund for overpayment of tax year end 12/19 | | 9,439.00 | | 9,439.00 |
| 06/29/20 | Asset #6 | State of California | Corporate Refund for overpayment of tax year end 12/19    10,239.00 | 1224-000 | | | 9,439.00 |
| 06/29/20 | | FRANCHISE TAX BOARD | Minimum tax due $800.00 for 12/31/2020    -800.00 | 2820-000 | | | 9,439.00 |
| 07/02/20 | | From Account# 1503882511 | Transfer from money market to checking for TFR. | 9999-000 | 25,234,934.42 | | 25,244,373.42 |
| 10/20/20 | 10001 | Kokjer, Pierotti, Maiocco & Duck LLP | Fees:$21680.50;  Expenses:$474.55; | | | 22,155.05 | 25,222,218.37 |
| 10/20/20 | | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend of    21,680.50<br>100.000000000%. | 3410-000 | | | 25,222,218.37 |
| 10/20/20 | | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend of    474.55<br>100.000000000%. | 3420-000 | | | 25,222,218.37 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 4

| | |
|---|---|
| **Case Number:** | 18-52484 MEH |
| **Case Name:** | LEN CO., LLC |
| **Taxpayer ID#:** | **-***1502 |
| **Period Ending:** | 11/16/20 |

| | |
|---|---|
| **Trustee:** | Kari S Bowyer |
| **Bank Name:** | Signature Bank |
| **Account:** | ******2403 - Checking |
| **Blanket Bond:** | $67,398,068.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/20 | 10002 | Gordon Rees Scully Mansukhani, LLP | Dividend of 100.000000000%, Claim No.DKT. | 3210-000 | | 100,322.50 | 25,121,895.87 |
| 10/20/20 | 10003 | Gordon Rees Scully Mansukhani, LLP | Dividend of 100.000000000%, Claim No.DKT. | 3220-000 | | 1,196.29 | 25,120,699.58 |
| 10/20/20 | 10004 | Kari S. Bowyer | Compensation:$781546.25; Expenses:$165.93; | | | 781,712.18 | 24,338,987.40 |
| 10/20/20 | | Kari S. Bowyer | Dividend of 165.93 100.000000000%, Claim No.TE. | 2200-000 | | | 24,338,987.40 |
| 10/20/20 | | Kari S. Bowyer | Dividend of 781,546.25 100.000000000%, Claim No.FEE. | 2100-000 | | | 24,338,987.40 |
| 10/20/20 | 10005 | STM Holdings S.a.r.l. | Dividend of 51.434098289%, Claim No.1. | 7100-000 | | 24,338,987.40 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 40,546,349.11 | 40,546,349.11 | $0.00 |
| Less: Bank Transfers | | 25,536,910.11 | 15,301,975.69 | |
| **Subtotal** | | 15,009,439.00 | 25,244,373.42 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$15,009,439.00** | **$25,244,373.42** | |

Case: 18-52484   Doc# 117   Filed: 11/17/20   Entered: 11/17/20 09:13:14   Page 11 of 14

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9

Page: 5

| | | |
|---|---|---|
| **Case Number:** 18-52484 MEH | **Trustee:** | Kari S Bowyer |
| **Case Name:** LEN CO., LLC | **Bank Name:** | Signature Bank |
| | **Account:** | ******2511 - Money Market |
| **Taxpayer ID#:** **-***1502 | **Blanket Bond:** | $67,398,068.00 (per case limit) |
| **Period Ending:** 11/16/20 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/19 | | From Account# 1502792403 | | 9999-000 | 15,300,000.00 | | 15,300,000.00 |
| 11/29/19 | | Signature Bank | November Interest | 1270-000 | 523.98 | | 15,300,523.98 |
| 12/12/19 | | Signature Securities | proceeds from the sale of Ready Capital stock issued to Len Co | | 4,920,498.61 | | 20,221,022.59 |
| 12/12/19 | Asset #5 | Signature Securities | Gross proceeds from the sale of Ready Capital stock issued to Len Co     4,930,848.35 | 1229-000 | | | 20,221,022.59 |
| 12/12/19 | | Signature Securities | Commission for sale .04 2560 shares remaining shares commission at .03/share     -10,240.72 | 2500-000 | | | 20,221,022.59 |
| 12/12/19 | | Signature Securities | SEC Exchange Fee     -109.02 | 2500-000 | | | 20,221,022.59 |
| 12/30/19 | Asset #5 | Signature Securities | proceeds from the sale of Ready Capital stock issued to Len Co | 1229-000 | 784,000.00 | | 21,005,022.59 |
| 12/31/19 | | Signature Bank | December Interest | 1270-000 | 786.72 | | 21,005,809.31 |
| 01/02/20 | Asset #5 | Signature Securities | proceeds from the sale of Ready Capital stock issued to Len Co | 1229-000 | 850,000.00 | | 21,855,809.31 |
| 01/03/20 | Asset #5 | Signature Securities | proceeds from the sale of Ready Capital stock issued to Len Co | 1229-000 | 750,000.00 | | 22,605,809.31 |
| 01/07/20 | Asset #5 | Signature Securities | proceeds from the sale of Ready Capital stock issued to Len Co | 1229-000 | 600,000.00 | | 23,205,809.31 |

Exhibit 9

Page: 6

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-52484 MEH | | Trustee: | Kari S Bowyer |
|---|---|---|---|---|
| Case Name: | LEN CO., LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2511 - Money Market |
| Taxpayer ID#: | **-***1502 | | Blanket Bond: | $67,398,068.00 (per case limit) |
| Period Ending: | 11/16/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/13/20 | | Signature Securities | proceeds from the sale of Ready Capital stock issued to Len Co | | 1,947,023.51 | | 25,152,832.82 |
| 01/13/20 | Asset #5 | Signature Securities | Gross proceeds from the sale  1,956,491.89 of Ready Capital stock issued to Len Co | 1229-000 | | | 25,152,832.82 |
| 01/13/20 | | Signature Securities | Commission on sale of stock  -9,365.45 | 2500-000 | | | 25,152,832.82 |
| 01/13/20 | | Signature Securities | SEC Transaction Fee  -102.93 | 2500-000 | | | 25,152,832.82 |
| 01/31/20 | | Signature Bank | Interest | 1270-000 | 1,028.00 | | 25,153,860.82 |
| 01/31/20 | 1001 | International Sureties, LTD | Bond # 016048574 | 2300-000 | | 5,735.56 | 25,148,125.26 |
| 02/04/20 | Asset #5 | Signature Securities | Dividend issued on qualified shares held on 12/31/2019 @ .40/share | 1229-000 | 88,327.34 | | 25,236,452.60 |
| 02/28/20 | | Signature Bank | Interest credit | 1270-000 | 1,002.27 | | 25,237,454.87 |
| 03/06/20 | | National FInancial Services, LLC | Credit balance- from National Financial Services. Refund of SEC FUNDS paid in stock liquidation. | 2500-000 | | -6.80 | 25,237,461.67 |
| 03/16/20 | | Signature Bank | Interest | 1270-000 | 518.58 | | 25,237,980.25 |
| 05/28/20 | | From Account# 1502792403 | Transfer to close account. Kept open after call with bank | 9999-000 | 1,975.69 | | 25,239,955.94 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5,021.52 | 25,234,934.42 |

Exhibit 9

Page: 7

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 18-52484 MEH | **Trustee:** | Kari S Bowyer | |
| **Case Name:** | LEN CO., LLC | **Bank Name:** | Signature Bank | |
| | | **Account:** | ******2511 - Money Market | |
| **Taxpayer ID#:** | **-***1502 | **Blanket Bond:** | $67,398,068.00 (per case limit) | |
| **Period Ending:** | 11/16/20 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/02/20 | | To Account# 1502792403 | Transfer from money market to checking for TFR. | 9999-000 | | 25,234,934.42 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 25,245,684.70 | 25,245,684.70 | $0.00 |
| | Less: Bank Transfers | 15,301,975.69 | 25,234,934.42 | |
| | **Subtotal** | 9,943,709.01 | 10,750.28 | |
| | Less: Payment to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$9,943,709.01** | **$10,750.28** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2403** | 15,009,439.00 | 25,244,373.42 | 0.00 |
| **Checking # ******2511** | 9,943,709.01 | 10,750.28 | 0.00 |
| **Checking # ******3900** | 302,775.69 | 800.00 | 0.00 |
| **Checking # ******4081** | 0.00 | 0.00 | 0.00 |
| | $25,255,923.70 | $25,255,923.70 | $0.00 |